HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JOHN ROBERT REMLINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ROBERT REMLINGER,<br><br>Defendant. | Case No. 2:24-CR-214-DC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: February 21, 2025<br>Time: 9:30 A.M.<br>Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nicholas Fogg, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Remlinger, that the Further Status Conference and Possible Change of Plea hearing, currently set for February 21, 2025, may be continued to March 07, 2025 with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. Remlinger's initial appearance in federal court and his arraignment on the indictment was on November 14, 2024.

2. On December 03, 2024, the government produced 17,952 items of discovery. Additional evidence was made available for the defense's review at the Homeland Security Investigations Office and the U.S. Attorney's Office. Those reviews

-1-

occurred on January 29, 2025 and February 04, 2025, respectively.

3. Defense counsel represents that she requires additional time to review the discovery; consult with her client; conduct legal research; investigate the case; explore potential resolutions; and otherwise prepare for trial. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Remlinger in a speedy trial, and respectfully request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between February 21, 2025 and March 07, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Remlinger in a speedy trial.

The parties therefore respectfully request this Court to adopt the instant stipulation in its entirely as its Order.

(The remainder of this page is intentionally blank. Signature blocks immediately follow.)

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | Date: February 11, 2025 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOHN ROBERT REMLINGER |
| 8 | Date: February 11, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Nicholas Fogg*<br>NICHOLAS FOGG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

-3-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order. Accordingly, the Status Conference (Possible Change of Plea Hearing) set for February 21, 2025 is VACATED and RESET for March 7, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between February 21, 2025 and March 07, 2025 (inclusive) is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **February 12, 2025**                              _____
                                                                                   Dena Coggins
                                                                                   United States District Judge