```
MICHELE BECKWITH
Acting United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ROBERT REMLINGER, <br><br> Defendant. | CASE NO. 2:24-CR-0214 DC <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: March 7, 2025 <br> TIME: 9:30 AM <br> COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 7, 2025.

2. By this stipulation, defendant now moves to continue the status conference until May 2, 2025, and to exclude time between March 7, 2025, and May 2, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes nearly 18,000 items of discovery and additional evidence made available for inspection the Homeland Security Investigations Office and the U.S. Attorney's Office. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) The government has represented that additional material discovery is soon forthcoming.

    c) Counsel for defendant desires additional time to review the discovery that has already been produced; review the new discovery, when it is provided; consult with her client; conduct legal research; investigate the case; explore potential resolutions; and otherwise prepare for trial. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 7, 2025 to May 2, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it would result from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

//

//

Dated:  February 26, 2025                   MICHELE BECKWITH
                                            Acting United States Attorney


                                            /s/ NICHOLAS M. FOGG
                                            NICHOLAS M. FOGG
                                            Assistant United States Attorney


Dated:  February 26, 2025                   /s/ CHRISTINA SINHA
                                            CHRISTINA SINHA
                                            Counsel for Defendant
                                            JOHN ROBERT REMLINGER


## ORDER

The parties' stipulated request to continue is ADOPTED.  Accordingly, the Status Conference set for March 7, 2025 is VACATED and RESET for May 2, 2025 at 9:30 AM in Courtroom 8 before the Honorable Dena M. Coggins.  Time is excluded between March 7, 2025 and May 2, 2025 as provided by Local Code T4.

IT IS SO ORDERED.

Dated:  **March 3, 2025**                   _____
                                            Dena Coggins
                                            United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT