HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JOHN ROBERT REMLINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-214-DC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOHN ROBERT REMLINGER, | Date: May 2, 2025 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Nicholas Fogg, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Remlinger, that the Further Status Conference and Possible Change of Plea hearing, currently set for May 2, 2025, may be continued to June 6, 2025 with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. On December 03, 2024, the government produced 17,952 items of discovery. Additional evidence was made available for the defense's review at the Homeland Security Investigations Office and the U.S. Attorney's Office. Those reviews occurred on January 29, 2025 and February 04, 2025, respectively.

2. Since the last continuance request, undersigned defense counsel has continued to

1  review discovery, explore potential resolutions, and otherwise prepare for trial. The
2  previous status conference was set for shortly after the beginning of this case
3  because the defense was hopeful the case could be resolved by then.

4  3.  Defense counsel represents that, given the volume of discovery, she requires
5  additional time to review the discovery; consult with her client; conduct legal
6  research; investigate the case; explore potential resolutions; and otherwise prepare
7  for trial. She believes that failure to grant the requested continuance would deny
8  her the reasonable time necessary for effective preparation, taking into account the
9  exercise of due diligence.

10  4.  The government does not object to the continuance.

11  5.  Therefore, the parties stipulate that the ends of justice served by granting the
12  continuance outweighs the best interest of the public and Mr. Remlinger in a speedy
13  trial, and respectfully request the Court so to find.

14  6.  For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial
15  Act), the parties request that the time period between May 2, 2025 and June 6, 2025
16  (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local
17  Code T4), because it would result from a continuance granted by the Court at the
18  defense's request, based on a finding that the ends of justice served by granting the
19  continuance outweighs the best interest of the public and Mr. Remlinger in a speedy
20  trial.

21  The parties therefore respectfully request this Court to adopt the instant stipulation in its
22  entirely as its Order.

23  (The remainder of this page is intentionally blank. Signature blocks immediately follow.)

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 24, 2025 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOHN ROBERT REMLINGER |
| Date: April 24, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Nicholas Fogg*<br>NICHOLAS FOGG<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**ORDER**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

Accordingly, the Status Conference and Possible Change of Plea hearing scheduled for May 2, 2025, is VACATED and RESET for June 6, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between May 2, 2025, and June 6, 2025 (inclusive) is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **April 24, 2025**

Dena Coggins
United States District Judge