Daniel B. Olmos (CA SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA 95616
(t) 650-326-2980
(f) 650-326-9704
(e) dolmos@nbo.law

Attorney for Defendant
JOHN REMLINGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00214-DC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| JOHN REMLINGER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Nicholas Fogg, and Defendant John Remlinger, through his attorney Daniel Olmos, that the sentencing hearing in this matter be continued from September 12, 2025, to December 19, 2025.  The undersigned defense counsel was just recently appointed to represent Mr. Remlinger and needs additional time to prepare for his sentencing.  *See* Docket No. 30. Additionally, the U.S. Probation Office needs additional time to interview Mr. Remlinger and prepare a Presentence Investigation Report.

1  For the foregoing reasons, the parties stipulate to continue the sentencing hearing to
2  December 19, 2025, at 9:30 a.m.

3
4  IT IS SO STIPULATED:

5
6  Dated: August 18, 2025                    NOLAN BARTON OLMOS & LUCIANO, LLP

7

8                                             */s/ Daniel B. Olmos*
9                                            Daniel B. Olmos
                                             Attorney for Defendant John Remlinger
10

11
12  Dated: August 18, 2025                    ERIC GRANT
                                             United States Attorney
13

14                                            */s/ Nicholas Fogg*
                                             Nicholas Fogg
15                                           Assistant United States Attorney

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Sentencing Hearing set for September 12, 2025, is VACATED and RESET for December 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.  It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft report shall be disclosed to the Probation Officer no later than November 7, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than November 21, 2025; the final Report shall be submitted no later than December 1, 2025; Formal Objections or any Motion for Correction shall be submitted no later than December 5, 2025; and Reply or Statement of Non-Opposition shall be submitted no later than December 12, 2025.

IT IS SO ORDERED.

Dated:   **August 18, 2025**

_____
Dena Coggins
United States District Judge