Daniel B. Olmos (CA SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA 95616
(t) 650-326-2980
(f) 650-326-9704
(e) dolmos@nbo.law

Attorney for Defendant
JOHN REMLINGER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN REMLINGER,<br><br>  Defendant. | Case No. 2:24-cr-00214-DC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Nicholas Fogg, and Defendant John Remlinger, through his attorney Daniel Olmos, that the sentencing hearing in this matter be continued from December 19, 2025, to February 27, 2026. The undersigned defense counsel needs additional time to prepare for his sentencing, and the U.S. Probation Office needs additional time to interview Mr. Remlinger and prepare a Presentence Investigation Report.

//

//

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to February 27, 2026, at 9:30 a.m.

IT IS SO STIPULATED:

Dated: November 13, 2025                    NOLAN BARTON OLMOS & LUCIANO, LLP

                                             */s/ Daniel B. Olmos*
                                             Daniel B. Olmos
                                             Attorney for Defendant John Remlinger

Dated: November 13, 2025                    ERIC GRANT
                                             United States Attorney

                                             */s/ Nicholas Fogg*
                                             Nicholas Fogg
                                             Assistant United States Attorney

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 13, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule.  Accordingly, the Sentencing Hearing scheduled for December 19, 2025, is VACATED and RESET for February 27, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than January 15, 2026; the parties' informal objections shall be delivered to the Probation Officer no later than January 29, 2026; the final Report shall be submitted no later than February 5, 2026; Formal Objections or any Motion for Correction shall be submitted no later than February 12, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than February 19, 2026.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

_____
Dena Coggins
United States District Judge