ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0214 DC |
| Plaintiff, | STIPULATION REGARDING SENTENCING HEARING; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JOHN ROBERT REMLINGER, | DATE: February 27, 2026 |
| Defendant. | TIME: 9:30 AM |
| | COURT: Hon. Dena Coggins |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Nicholas M. Fogg, and Defendant John Remlinger, through his attorney Daniel Olmos, that the sentencing hearing in this matter be continued from February 27, 2026 to March 20, 2026. Probation has provided a draft presentence report, and the probation officer is prepared to proceed on the current schedule. The parties need additional time to prepare informal objections to the draft presentence report. With this new sentencing date, the parties propose the following schedule for objections:

- Informal objections: 2/19/26

- Final presentence report submitted: 2/26/26

- Formal objections: 3/5/26

- Reply or statement of non-opposition: 3/12/26

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

For the foregoing reasons, the parties stipulate to continue the sentencing hearing to March 20, 2026 at 9:30 a.m.


IT IS SO STIPULATED.


Dated:  February 7, 2026                                      ERIC GRANT
                                                             United States Attorney


                                                             /s/ NICHOLAS M. FOGG
                                                             NICHOLAS M. FOGG
                                                             Assistant United States Attorney


Dated:  February 6, 2026                                      /s/ DANIEL B. OLMOS
                                                             DANIEL B. OLMOS
                                                             Counsel for Defendant
                                                             JOHN ROBERT REMLINGER

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on February 7, 2026 (Doc. No. 35), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for February 27, 2026, is VACATED and RESET for March 20, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than February 19, 2026; the final Report shall be submitted no later than February 26, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 5, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than March 12, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **February 9, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3